| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Tostrud, Eric C. | 2. Court or Organization U.S. District Court, Minnesota | 3. Date of Report 05/10/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

Warren E. Burger Federal Building, Room 334
316 North Robert Street
St. Paul, MN 55101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions.)

☐ NONE (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Of Counsel | Lockridge Grindal Nauen P.L.L.P. (Terminated Upon Judicial Appointment) |
| 2. | Distinguished Practitioner in Residence, Full-Time Faculty | Mitchell Hamline School of Law (Terminated Upon Judicial Appointment) |
| 3. | Trustee | Trust #1 |
| 4. | Trustee | Trust #2 |
| 5. | Trustee | Trust #3 |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions.)

☐ NONE (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2014 | Lockridge Grindal Nauen P.L.L.P. Partnership Agreement and Resolutions establishing terms of partnership interest buy-out (Terminated Upon Judicial Appointment) |
| 2. | 2014 | Lockridge Grindal Nauen P.L.L.P Self-Employed 401(k) Profit Sharing Plan and Trust (Terminated Upon Judicial Appointment) |
| 3. | 2017 | Mitchell Hamline School of Law Employment Contract for Spring 2018 Semester (Terminated Upon Judicial Appointment) |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Lockridge Grindal Nauen P.L.L.P.; Buy-Out of Partnership Interest and Compensation for Services | $962,892.00 |
| 2. | 2018 | Mitchell Hamline School of Law; Compensation for Faculty Service | $13,600.00 |
| 3. | 2018 | University of Minnesota Law School; Compensation for Adjunct Faculty Service | $818.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tostrud, Eric C. | 05/10/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tostrud, Eric C. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US Bank Checking Account | A | Interest | J | T | | | | | |
| 2. US Bank Money Market Account | A | Interest | J | T | | | | | |
| 3. US Bank Managed Account 1 (H) | | | | | | | | | |
| 4. First American Retail Prime Obligations Fund | B | Interest | M | T | | | | | |
| 5. Congress Mid Cap Growth Fund | D | Dividend | N | T | | | | | |
| 6. Consumer Staples Select SPDR Fund | A | Dividend | | | Sold | 06/04/18 | K | | |
| 7. Health Care Select Sector SPDR Fund | A | Dividend | K | T | | | | | |
| 8. Jensen Quality Growth Fund | E | Dividend | M | T | | | | | |
| 9. JP Morgan Medium Term Note | | None | | | Matured | 05/31/18 | M | E | |
| 10. JPM 24M EEM 1.5X LBR 5/21/20 | | None | K | T | | | | | |
| 11. Neuberger Berman Genesis Inst'l Class Fund | E | Dividend | | | Sold | 12/24/18 | M | | |
| 12. Nuveen Global Infrastructure Fund | B | Dividend | | | Sold | 12/24/18 | K | | |
| 13. RBC Medium Term Note | | None | L | T | | | | | |
| 14. RBC Medium Term Note | | None | | | Matured | 05/31/18 | M | E | |
| 15. RBC 24M SPX 1.5X LBR 6/3/20 | | None | M | T | | | | | |
| 16. Vanguard Dividend Appreciation Index Fund | C | Dividend | M | T | | | | | |
| 17. Vanguard Growth Index Fund | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tostrud, Eric C. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard 500 Index Fund | B | Dividend | M | T | | | | | |
| 19. Bank of Montreal Medium Term Note | | None | | | Matured | 05/31/18 | M | E | |
| 20. MFS International Value Fund | D | Dividend | M | T | | | | | |
| 21. Bank of Montreal Medium Term Note | | None | | | Matured | 05/31/18 | K | C | |
| 22. Causeway Emerging Markets Fund | A | Dividend | K | T | | | | | |
| 23. AQR Long-Short Equity Fund | A | Dividend | | | Sold | 12/18/18 | M | | |
| 24. Vanguard Intermediate Term Tax-Exempt Fund | D | Interest | M | T | | | | | |
| 25. Vanguard Total Bond Market Index Fund | B | Interest | K | T | | | | | |
| 26. Vanguard Inflation-Protected Securities Fund | A | Interest | K | T | | | | | |
| 27. Loomis Sayles Strategic Alpha Fund | C | Interest | L | T | | | | | |
| 28. Vanguard REIT Index Fund | C | Interest | | | Sold | 12/26/18 | L | | |
| 29. Principal Global Real Estate Securities Fund | B | Interest | | | Sold | 12/24/18 | L | | |
| 30. Invesco Balanced Risk Commodity Strategy Fund | A | Dividend | | | Sold | 12/24/18 | K | | |
| 31. Robeco Boston Partner LS Research | | None | | | Sold | 12/24/18 | M | | |
| 32. Financial Select SPDR | B | Dividend | | | Sold | 12/26/18 | L | | |
| 33. Ishares Ibonds Term Muni | A | Interest | M | T | | | | | |
| 34. SPDR S&P 500 Index | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tostrud, Eric C. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ishares Core MSCI Eafe | A | Dividend | K | T | | | | | |
| 36. Nueberger Berman Long/Short Fund | A | Dividend | M | T | | | | | |
| 37. Schwab U.S. REIT | A | Dividend | M | T | | | | | |
| 38. Ipath DJ Commodity Index | A | Dividend | K | T | | | | | |
| 39. JPM 24M BCOM 2X LBR 5/29/20 | | None | K | T | | | | | |
| 40. Nuveen Real Estate Securities Fund (Y) | | | | | | | | | |
| 41. Eaton Vance Global Macro Fund (Y) | | | | | | | | | |
| 42. US Bank Managed Account 2 (H) | | | | | | | | | |
| 43. First American Retail Prime Obligations Fund | B | Interest | M | T | | | | | |
| 44. Congress Mid Cap Growth Fund | D | Dividend | N | T | | | | | |
| 45. Consumer Staples Select Sector SPDR Fund | A | Dividend | | | Sold | 06/04/18 | K | | |
| 46. Health Care Select Sector SPDR Fund | A | Dividend | K | T | | | | | |
| 47. Jensen Quality Growth Fund | E | Dividend | M | T | | | | | |
| 48. JP Morgan Medium Term Note | | None | | | Matured | 05/31/18 | M | E | |
| 49. JPM 24M EEM 1.5X LBR 5/29/20 | | None | K | T | | | | | |
| 50. JPM 24M ECOM 2X LBR 5/29/20 | | None | K | T | | | | | |
| 51. Neuberger Berman Genesis Institutional Class Fund | E | Dividend | | | Sold | 12/24/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tostrud, Eric C. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Nuveen Global Infrastructure Fund | B | Dividend | | | Sold | 12/24/18 | K | | |
| 53. RBC Medium Term Note | | None | L | T | | | | | |
| 54. RBC Medium Term Note | | None | | | Matured | 05/31/18 | M | E | |
| 55. RBC 24M SPX 1.5X LBR 6/3/20 | | None | M | T | | | | | |
| 56. Vanguard Dividend Appreciation Index Fund | C | Dividend | M | T | | | | | |
| 57. Vanguard Growth Index Fund | A | Dividend | L | T | | | | | |
| 58. Vanguard 500 Index Fund | B | Dividend | M | T | | | | | |
| 59. Bank of Montreal Medium Term Note | | None | | | Matured | 05/31/18 | M | E | |
| 60. MFS International Value Fund | D | Dividend | M | T | | | | | |
| 61. Bank of Montreal Medium Term Note | | None | | | Matured | 05/31/18 | K | C | |
| 62. Causeway Emerging Markets Fund | A | Dividend | K | T | | | | | |
| 63. AQR Long-Short Equity Fund | A | Dividend | | | Sold | 12/18/18 | M | | |
| 64. Vanguard Intermediate Term Tax-Exempt Fund | D | Interest | M | T | | | | | |
| 65. Vanguard Total Bond Market Fund | B | Interest | K | T | | | | | |
| 66. Vanguard Inflation-Protected Securities Fund | A | Interest | K | T | | | | | |
| 67. Loomis Sayles Strategic Alpha Fund | C | Interest | L | T | | | | | |
| 68. Vanguard REIT Index Fund | C | Interest | | | Sold | 12/26/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tostrud, Eric C. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Principal Global Real Estate Securities Fund | B | Interest | | | Sold | 12/24/18 | L | | |
| 70. Invesco Balanced Risk Commodity Strategy Fund | A | Dividend | | | Sold | 12/24/18 | K | | |
| 71. Robeco Boston Partners Fund | A | Dividend | | | Sold | 12/24/18 | M | | |
| 72. Financial Select SPDR | B | Dividend | | | Sold | 12/26/18 | L | | |
| 73. Ishares Ibonds Term Muni Bond | A | Interest | M | T | | | | | |
| 74. SPDR S&P 500 ETF | A | Dividend | N | T | | | | | |
| 75. Schwab U.S. Reit | A | Dividend | M | T | | | | | |
| 76. Ipath DJ Commodity Index | A | Dividend | K | T | | | | | |
| 77. Eaton Vance Global Macro Fund (Y) | | | | | | | | | |
| 78. Nuveen Real Estate Securities Fund (Y) | | | | | | | | | |
| 79. US Bank Managed Account 3 - was Charles Schwab Managed Account (H) | | | | | | | | | |
| 80. Schwab Cash Reserves - Premier Sweep Shares Fund (Y) | | | | | | | | | |
| 81. First American Retail Prime Obl | D | Interest | N | T | | | | | |
| 82. iShares North American Natural Resources Fund | A | Dividend | | | Sold | 06/28/18 | M | | |
| 83. SPDR Dow Jones Global Real Estate Fund | B | Dividend | | | Sold | 06/28/18 | M | | |
| 84. Vanguard Total Bond Market Fund | C | Dividend | L | T | | | | | |
| 85. PIMCO Low Duration Institutional Fund | A | Dividend | | | Sold | 06/27/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | Templeton Global Bond Fund | D | Dividend | | | Sold | 06/27/18 | N | | |
| 87. | Vanguard Inflation Protected Securities Fund | C | Dividend | | | Sold | 12/24/18 | L | | |
| 88. | Vanguard Intermediate Term Tax-Exempt Fund | D | Dividend | | | Sold | 10/12/18 | O | | |
| 89. | Aberdeen Emerging Markets Institutional Class Fund | | None | | | Sold | 06/27/18 | M | | |
| 90. | Jensen Quality Growth Fund | F | Dividend | O | T | | | | | |
| 91. | Lazard Global Listed Infrastructure Inst'l Shares | A | Dividend | | | Sold | 06/27/18 | M | E | |
| 92. | MFS International Value Fund Class 1 | E | Dividend | O | T | | | | | |
| 93. | PIMCO All Asset All Authority Fund Inst'l Class | B | Dividend | | | Sold | 06/27/18 | M | | |
| 94. | PIMCO All Asset Fund Inst'l Class | C | Dividend | | | Sold | 06/27/18 | M | | |
| 95. | Van Eck Global Hard Assets Fund | | None | | | Sold | 11/19/18 | L | | |
| 96. | Vanguard Developed Markets Index Fund | D | Dividend | | | Sold | 06/27/18 | O | G | |
| 97. | Vanguard Dividend Appreciation Index Fund | D | Dividend | O | T | | | | | |
| 98. | Vanguard Emerging Markets Stock Index Fund | D | Dividend | | | Sold | 12/24/18 | N | | |
| 99. | Vanguard Growth Index Fund | D | Dividend | O | T | | | | | |
| 100. | Vanguard 500 Index Fund | D | Dividend | O | T | | | | | |
| 101. | Wells Fargo Absolute Return Fund | A | Dividend | | | Sold | 11/19/18 | M | | |
| 102. | Vanguard Short-term Bond Fund | A | Interest | N | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Fidelity Intermediate Municipal Income Fund | C | Interest | O | T | | | | | |
| 104. Ishares Ibond Term Muni-Bonds | B | Interest | M | T | | | | | |
| 105. Nuveen MN Municipal Bond Fund | A | Interest | N | T | | | | | |
| 106. Neuberger Berman Genesis Fund | E | Dividend | M | T | | | | | |
| 107. SPDR S&P 500 ETF | A | Dividend | P1 | T | | | | | |
| 108. Ishares Core MSCI EAFE | A | Dividend | M | T | | | | | |
| 109. Causeway Emerging Markets Fund | A | Dividend | N | T | | | | | |
| 110. Neuberger Berman Long/Short Fund | A | Dividend | N | T | | | | | |
| 111. Schwab U.S. Reit | A | Dividend | N | T | | | | | |
| 112. iPath Dow Jones US Commodity ETN | A | Dividend | M | T | | | | | |
| 113. AQR Long/Short Equity Fund | E | Dividend | | | Sold | 12/24/18 | N | | |
| 114. Harding Loevner Int'l Equity Fund | C | Dividend | | | Sold | 12/24/18 | M | | |
| 115. Vanguard Value Index | C | Dividend | | | Sold | 12/24/18 | N | | |
| 116. Congress Mid-Cap Growh Fund | D | Dividend | | | Sold | 12/24/18 | N | | |
| 117. Healthcare Select SPDR | B | Dividend | | | Sold | 12/26/18 | M | | |
| 118. Finacial Select SPDR | B | Dividend | | | Sold | 12/26/18 | M | | |
| 119. Loomis Sayles Strategic Alpha Fund | C | Dividend | | | Sold | 12/24/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tostrud, Eric C. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. SPDR DJ REIT | A | Dividend | | | Sold | 06/28/18 | L | E | |
| 121. Principal GIRE SEC Inc | B | Dividend | | | Sold | 12/24/18 | M | | |
| 122. Vanguard Real Estate | D | Dividend | | | Sold | 12/26/18 | M | | |
| 123. Invesco Balanced Risk Commodity | A | Dividend | | | Sold | 12/24/18 | M | | |
| 124. Trust #1 (H) | | | | | | | | | |
| 125. U.S. Bank Cash Account | A | Interest | J | T | | | | | |
| 126. First American Retail Prime Obligations Fund Class Y | A | Interest | K | T | | | | | |
| 127. Coho Relative Value Fund Inst'l Class | D | Dividend | L | T | | | | | |
| 128. Vanguard Mid-Cap Index Fund | B | Dividend | L | T | | | | | |
| 129. Heartland Select Value Fund Inst'l Class (Y) | | | | | | | | | |
| 130. JP Morgan U.S. Small Company Fund | C | Dividend | K | T | | | | | |
| 131. Vanguard 500 Index Fund | C | Dividend | M | T | | | | | |
| 132. Fidelity Advisor International Discovery Fund | B | Dividend | K | T | Sold (part) | 05/01/18 | K | C | |
| 133. T Rowe Price International Value Equity Fund | | None | | | Sold | 09/25/18 | L | C | |
| 134. Parametric Emerging Markets Inst'l Fund | A | Dividend | K | T | Sold (part) | 05/01/18 | K | A | |
| 135. Boston Partners Long/Short Research Fund | C | Distribution | L | T | | | | | |
| 136. Nuveen All American Municipal Bond Fund | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tostrud, Eric C. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Nuveen Intermediate Duration Municipal Bond Fund | B | Interest | L | T | | | | | |
| 138. Federated Inst'l High Yield Bond Fund (Y) | | | | | | | | | |
| 139. Nuveen Inflation Protected Securities Fund | A | Interest | K | T | | | | | |
| 140. Nuveen Real Estate Securities Fund | B | Dividend | K | T | | | | | |
| 141. Goldman Sachs Commodity Strategy Fund | A | Dividend | K | T | | | | | |
| 142. iShares iBonds Term Muni Bond Fund | A | Interest | L | T | | | | | |
| 143. iShares MSCI EAFE | A | Dividend | K | T | | | | | |
| 144. Trust #2 (H) | | | | | | | | | |
| 145. U.S. Bank Cash Account | A | Interest | J | T | | | | | |
| 146. First American Retail Prime Obligations Fund Class Y | B | Interest | L | T | | | | | |
| 147. Coho Relative Value Equity Fund Inst'l Class | D | Dividend | L | T | | | | | |
| 148. Heartland Select Value Fund Inst'l Class (Y) | | | | | | | | | |
| 149. JP Morgan U.S. Small Company Fund | C | Dividend | K | T | | | | | |
| 150. Vanguard Mid-Cap Index Fund | A | Dividend | L | T | | | | | |
| 151. Vanguard 500 Index Fund | C | Dividend | M | T | | | | | |
| 152. Fidelity Advisor International Discovery Fund | B | Dividend | K | T | Sold (part) | 05/01/18 | K | C | |
| 153. T Rowe Price International Value Equity Fund | | None | | | Sold | 09/25/18 | L | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tostrud, Eric C. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Parametric Emerging Markets Fund | A | Dividend | K | T | Sold (part) | 05/01/18 | K | A | |
| 155. Boston Partners Long/Short Research Fund | C | Dividend | L | T | | | | | |
| 156. Nuveen All American Municipal Bond Fund | B | Interest | K | T | | | | | |
| 157. Nuveen Intermediate Duration Municipal Bond Fund | B | Interest | L | T | | | | | |
| 158. Federated Inst'l High Yield Bond Fund (Y) | | | | | | | | | |
| 159. Nuveen Inflation Protected Securities Fund | A | Interest | K | T | | | | | |
| 160. Nuveen Real Estate Securities Fund | B | Dividend | K | T | | | | | |
| 161. Goldman Sachs Commodity Strategy Fund | A | Dividend | K | T | | | | | |
| 162. Ishares ibonds SEP 2019 Munit Bond ETF | A | Interest | K | T | | | | | |
| 163. Ishares MSCI EAFE ETF | A | Dividend | K | T | | | | | |
| 164. US Bank IRA was Lockridge Grindal Nauen 401(k) Plan (H) | | | | | | | | | |
| 165. Fidelity 500 Index Fund | C | Dividend | | | Sold | 10/01/18 | O | G | |
| 166. Fidelity Freedom 2030 Fund | C | Dividend | | | Sold | 10/01/18 | M | E | |
| 167. Fidelity Total Bond Fund | C | Int./Div. | | | Sold | 10/01/18 | M | | |
| 168. First American Retail Prime Obl | B | Interest | K | T | | | | | |
| 169. Baird Aggregate Bond Fund | B | Interest | N | T | | | | | |
| 170. Oppenheimer Senior Floating Rate Fund | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. SPDR S&P500 ETF | C | Interest | M | T | | | | | |
| 172. Vanguard Total Stock Market Fund | B | Dividend | M | T | | | | | |
| 173. Ishares MSCI EAFE ETF | B | Dividend | M | T | | | | | |
| 174. Causeway Emerging Markets Fund | A | Dividend | K | T | | | | | |
| 175. Boston Partners Long/Short Fund | B | Dividend | K | T | | | | | |
| 176. Neuberger Berman Long/Short Fund | B | Dividend | K | T | | | | | |
| 177. Vanguard Real Estate ETF | B | Dividend | M | T | | | | | |
| 178. Vanguard Global exUS Real Estate ETF | C | Dividend | L | T | | | | | |
| 179. Trust #3 (H) | | | | | | | | | |
| 180. First American Retail Prime Obligations Fund | D | Interest | M | T | | | | | |
| 181. 2UInc | | None | J | T | | | | | |
| 182. 3M Co | C | Dividend | M | T | | | | | |
| 183. A E S Corp | A | Dividend | J | T | | | | | |
| 184. Abbott Labs | A | Dividend | J | T | | | | | |
| 185. ACS Actividades | | None | | | Sold | 05/23/18 | J | B | |
| 186. Acuity Brands Inc | | None | | | Sold | 05/24/18 | J | | |
| 187. Adecco Group ADR | A | Dividend | | | Sold | 05/23/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tostrud, Eric C. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Adidas Ag ADR | A | Dividend | K | T | | | | | |
| 189. Aegon NV | | None | | | Sold | 05/23/18 | K | A | |
| 190. Aercap Holdings | | None | | | Sold | 05/23/18 | K | C | |
| 191. Agree Rlty Corp | A | Dividend | | | Sold | 05/23/18 | J | B | |
| 192. AIA Group LTD ADR | | None | | | Sold | 05/23/18 | J | C | |
| 193. Airbus SE ADR | | None | | | Sold | 05/23/18 | K | C | |
| 194. Alarm Com Holdings | | None | | | Sold | 05/23/18 | J | | |
| 195. Alexandria Real Estate Equities Inc | A | Dividend | | | Sold | 05/23/18 | K | D | |
| 196. Allstate Corp | A | Dividend | J | T | | | | | |
| 197. Alphabet Inc Cl A | | None | M | T | | | | | |
| 198. Alphabet Inc Cl C | | None | K | T | | | | | |
| 199. Ambev SA Spn Adr | A | Dividend | | | Sold | 05/23/18 | J | | |
| 200. American Campus Communities | A | Dividend | | | Sold | 05/23/18 | J | | |
| 201. American Homes 4 Rent (Y) | | | | | | | | | |
| 202. American Int'l Group | A | Dividend | | | Sold | 05/24/18 | J | | |
| 203. American Tower Corp | A | Dividend | | | Sold | 05/23/18 | K | D | |
| 204. Ampco Pittsburg Corp | | None | | | Sold | 05/24/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Analog Devices (Y) | | | | | | | | | |
| 206. Andeavor | | None | | | Sold | 10/04/18 | J | A | |
| 207. Ansys Inc | | None | K | T | | | | | |
| 208. Anthem Inc | A | Dividend | J | T | | | | | |
| 209. Aon (Y) | | | | | | | | | |
| 210. Apartment Invt Mgmt Co A | | None | | | Sold | 05/23/18 | J | A | |
| 211. Apogee Enterprises | A | Dividend | J | T | | | | | |
| 212. Apple Inc | B | Dividend | M | T | | | | | |
| 213. Aptar Group INc | A | Dividend | J | T | | | | | |
| 214. AQR Long Short Equity Fd | | None | | | Sold | 12/18/18 | O | | |
| 215. Arcelormittal Class A NY Registry | | None | | | Sold | 05/23/18 | J | C | |
| 216. Astec Industries Inc | A | Dividend | J | T | | | | | |
| 217. Astrazeneca PLC ADR (Y) | | | | | | | | | |
| 218. AT&T | A | Dividend | J | T | | | | | |
| 219. AthenaHealth Inc | | None | K | T | | | | | |
| 220. Atos Origin SA (Y) | | | | | | | | | |
| 221. Atrion Corp | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Avalonbay Cmntys Inc | A | Dividend | | | Sold | 05/23/18 | J | A | |
| 223. AXA Spons ADR | A | Dividend | | | Sold | 05/23/18 | J | | |
| 224. BHP Billiton PLC | | None | | | Sold | 05/23/18 | K | C | |
| 225. Badger Meter Inc | A | Dividend | J | T | | | | | |
| 226. Baidu Inc Spon ADR | | None | | | Sold | 05/23/18 | K | B | |
| 227. Banco Vilvao Vizcaya Argen ADR | | None | | | Sold | 05/23/18 | J | | |
| 228. Bank of America | A | Dividend | K | T | | | | | |
| 229. Bar Hbr Bankshares | A | Dividend | | | Sold | 05/24/18 | J | B | |
| 230. Barrick Gold Corp | | None | | | Sold | 05/23/18 | J | B | |
| 231. Beacon Roofing Supply Inc | | None | K | T | | | | | |
| 232. Berkshire Hathaway Inc | | None | M | T | | | | | |
| 233. Best Buy Co | A | Dividend | J | T | | | | | |
| 234. Bio Techne Corp | A | Dividend | K | T | | | | | |
| 235. Booking Holdings | | None | L | T | | | | | |
| 236. Borg Warner Inc | A | Dividend | | | Sold | 05/24/18 | J | A | |
| 237. Boston Pptys Inc | A | Dividend | | | Sold | 05/23/18 | J | A | |
| 238. Brixmor Property Group | A | Dividend | | | Sold | 05/23/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tostrud, Eric C. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Brocade Communications Sys (Y) | | | | | | | | | |
| 240. Buckle Corp (Y) | | | | | | | | | |
| 241. Cabot Microelectronics Corp | A | Dividend | J | T | Sold (part) | 05/24/18 | J | B | |
| 242. Canadian Natural Resources Ltd | A | Dividend | | | Sold | 05/23/18 | J | B | |
| 243. Capital One Financial Corp | A | Dividend | J | T | | | | | |
| 244. Carlsberg AS ADR | A | Dividend | | | Sold | 05/23/18 | J | B | |
| 245. Carrefour SA ADR | | None | | | Sold | 05/23/18 | J | | |
| 246. Causeway Emerging Markets Intl Fund | D | Dividend | N | T | | | | | |
| 247. CBS Corp Class B Non Voting | A | Dividend | | | Sold | 05/24/18 | J | A | |
| 248. Celanese Corp Ser A | A | Dividend | | | Sold | 05/24/18 | J | A | |
| 249. Celgene Corp | | None | | | Sold | 05/24/18 | J | | |
| 250. Channeladvisor Corp | | None | | | Sold | 05/24/18 | J | | |
| 251. Chemed Corp | A | Dividend | K | T | | | | | |
| 252. Chevron Corp | A | Dividend | J | T | | | | | |
| 253. China Mobile Ltd Adr | | None | | | Sold | 05/23/18 | J | | |
| 254. Chubb Ltd | A | Dividend | | | Sold | 05/23/18 | K | C | |
| 255. Cigna Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tostrud, Eric C. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Cisco Systems Inc | A | Dividend | J | T | | | | | |
| 257. Citigroup Inc | A | Dividend | K | T | | | | | |
| 258. CK Hutchison Hldgs LTD | A | Dividend | | | Sold | 05/23/18 | J | | |
| 259. Coca Cola Euorpean Partners | A | Dividend | | | Sold | 05/23/18 | J | | |
| 260. Cognex Corp | A | Dividend | J | T | | | | | |
| 261. Cognizant Tech Solutions A | A | Dividend | L | T | | | | | |
| 262. Colony Northstar Inc cl A | A | Dividend | | | Sold | 05/24/18 | J | | |
| 263. Columbus McKinnon Corp | A | Dividend | | | Sold | 05/24/18 | J | B | |
| 264. Comcast Corp Cl A | A | Dividend | | | Sold | 05/24/18 | J | B | |
| 265. Computer Sciences Corp (Y) | | | | | | | | | |
| 266. Conocophillips | A | Dividend | J | T | | | | | |
| 267. Core Labs NV | A | Dividend | | | Sold | 05/23/18 | K | B | |
| 268. Costar Group Inc | | None | K | T | | | | | |
| 269. CRH Adr (Y) | | | | | | | | | |
| 270. Crown Castle Int'l Corp | A | Dividend | K | T | | | | | |
| 271. Cubesmart | A | Dividend | | | Sold | 05/23/18 | J | A | |
| 272. Cubic Corp (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tostrud, Eric C. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. CVS Health Corp | B | Dividend | K | T | | | | | |
| 274. DR Horton Inc (Y) | | | | | | | | | |
| 275. DBS Group Hldgs Ltd Adr | A | Dividend | | | Sold | 05/23/18 | K | D | |
| 276. Delta Air Lines Inc | A | Dividend | J | T | | | | | |
| 277. Deutsche Post AG ADR (Y) | | | | | | | | | |
| 278. Deutsche X Trackers MSCI Europe ETF | C | Dividend | M | T | | | | | |
| 279. Diamondback Energy Inc | A | Dividend | J | T | | | | | |
| 280. Digital Realty Trust Inc | A | Dividend | | | Sold | 05/23/18 | K | D | |
| 281. Discover Finl Svcs | A | Dividend | J | T | | | | | |
| 282. DNB SA Sponor ADR | A | Dividend | | | Sold | 05/23/18 | J | A | |
| 283. Dorman Products | | None | J | T | | | | | |
| 284. DowDupont Inc | A | Dividend | J | T | | | | | |
| 285. Dow Chemical (Y) | | | | | | | | | |
| 286. Driehaus Income Fd (Y) | | | | | | | | | |
| 287. Duluth Hldgs Inc | | None | | | Sold | 05/24/18 | J | A | |
| 288. DXC Technology Co | A | Dividend | J | T | | | | | |
| 289. E Bay Inc | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tostrud, Eric C. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. EOG Res Inc (Y) | | | | | | | | | |
| 291. E on AG Adr | A | Dividend | | | Sold | 05/23/18 | J | A | |
| 292. Eastgroup Properties Inc | A | Dividend | | | Sold | 05/23/18 | J | C | |
| 293. Eaton Corp Plc | A | Dividend | | | Sold | 05/24/18 | J | A | |
| 294. Ecolab Inc | B | Dividend | M | T | | | | | |
| 295. Educations Realty Trust | A | Dividend | | | Sold | 05/23/18 | J | | |
| 296. Edwards Lifesciences Corp | | None | J | T | | | | | |
| 297. Ellie Mae Inc | | None | J | T | | | | | |
| 298. Embaersa Adr (Y) | | | | | | | | | |
| 299. Energen Corp (Y) | | | | | | | | | |
| 300. Engie Adr | | None | | | Sold | 05/23/18 | J | | |
| 301. Epr Properties | A | Dividend | | | Sold | 05/24/18 | J | A | |
| 302. Eqt Corp (Y) | | | | | | | | | |
| 303. Equinix Inc | A | Dividend | | | Sold | 05/24/18 | J | | |
| 304. Ericsson LM Tel (Y) | | | | | | | | | |
| 305. Espey Manufacturing & Electronics Co (Y) | | | | | | | | | |
| 306. Essilor Intl Adr | A | Dividend | | | Sold | 05/24/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Exlservie Holdings Inc | | None | | | Sold | 05/24/18 | J | A | |
| 308. Fastenal Co | B | Dividend | K | T | | | | | |
| 309. Federal Rlty Invt Tr SBI NEw | A | Dividend | | | Sold | 05/23/18 | K | | |
| 310. Fifth Third Bancorp | A | Dividend | J | T | | | | | |
| 311. Financial Engines Inc | A | Dividend | | | Sold | 07/19/18 | J | C | |
| 312. First Indl Rlty Tr Inc | A | Dividend | | | Sold | 05/24/18 | K | C | |
| 313. First Long Island Corp | A | Dividend | | | Sold | 05/24/18 | J | A | |
| 314. Five Below | | None | K | T | | | | | |
| 315. Flex LTD | | None | | | Sold | 05/23/18 | K | D | |
| 316. Flowers Foods Inc (Y) | | | | | | | | | |
| 317. Foster LB Co Cl A | | None | J | T | | | | | |
| 318. Fresenius Aktiengesellshat Adr | A | Dividend | | | Sold | 05/23/18 | J | B | |
| 319. Gaming & Leisure Prop WI | A | Dividend | | | Sold | 05/24/18 | J | | |
| 320. Gemalto NV Adr (Y) | | | | | | | | | |
| 321. General Dynamics Corp | A | Dividend | K | T | | | | | |
| 322. Gentex Corp | A | Dividend | K | T | | | | | |
| 323. German American Bancorp | A | Dividend | | | Sold | 05/24/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tostrud, Eric C. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  GEO Group Inc (Y) | | | | | | | | | |
| 325.  Gilead Sciences Inc | A | Dividend | | | Sold | 05/24/18 | J | | |
| 326.  Globant SA | | None | | | Sold | 05/23/18 | J | A | |
| 327.  Goldman Sachs Group Inc | A | Dividend | | | Sold | 05/24/18 | J | A | |
| 328.  Gorman Rupp Co | A | Dividend | | | Sold | 05/24/18 | J | B | |
| 329.  Gramercy Property Trust | A | Dividend | | | Sold | 05/24/18 | J | A | |
| 330.  Graham Corp (Y) | | | | | | | | | |
| 331.  Grand Canyon Education Inc | | None | K | T | | | | | |
| 332.  Granite Construction Inc | A | Dividend | J | T | | | | | |
| 333.  Healthcare Select SPDR | A | Dividend | M | T | | | | | |
| 334.  Hardinge Inc | | None | | | Sold | 05/29/18 | J | B | |
| 335.  Healthcare Svcs Group INc | A | Dividend | K | T | | | | | |
| 336.  Heico Corp | A | Dividend | K | T | | | | | |
| 337.  Harris Corp Del (Y) | | | | | | | | | |
| 338.  Hawkins Inc (Y) | | | | | | | | | |
| 339.  Healthstream Inc | A | Dividend | | | Sold | 05/24/18 | J | A | |
| 340.  Heico Corp | A | Dividend | | | Sold | 08/02/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tostrud, Eric C. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Hewlett Packard Enterprises Co | A | Dividend | J | T | | | | | |
| 342. Hingham Institution for Savings | A | Dividend | J | T | | | | | |
| 343. Home Depot Inc | A | Dividend | J | T | | | | | |
| 344. Honeywell Intl (Y) | | | | | | | | | |
| 345. Hooker Furniture Corp | A | Dividend | J | T | | | | | |
| 346. Hospitality Pptys Tr | A | Dividend | | | Sold | 05/23/18 | J | A | |
| 347. Host Hotels Resorts Inc | A | Dividend | | | Sold | 05/23/18 | J | A | |
| 348. HP Inc | A | Dividend | | | Sold | 05/24/18 | J | A | |
| 349. HSBC Holdings PLC | A | Dividend | | | Sold | 05/23/18 | J | B | |
| 350. Huntsman Corp (Y) | | | | | | | | | |
| 351. Hyster Yale Materials SI | A | Dividend | | | Sold | 05/24/18 | J | A | |
| 352. ICU Medical Inc | | None | K | T | | | | | |
| 353. IHS Markit LTD | | None | K | T | | | | | |
| 354. Infineon Technologies (Y) | | | | | | | | | |
| 355. Innerworkings Inc | | None | | | Sold | 05/24/18 | J | B | |
| 356. Intesa Sanpaolo Spon Adr | B | Dividend | | | Sold | 05/23/18 | K | C | |
| 357. Int'l Flavors Fragrances | A | Dividend | | | Sold | 05/24/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 358. Invesco Balanced Risk Commodity | A | Dividend | M | T | | | | | |
| 359. Investors Real Estate Tr | A | Dividend | | | Sold | 05/23/18 | J | | |
| 360. Invitation Homes Inc | | None | | | Sold | 05/24/18 | J | | |
| 361. Iron Mountain Inc | A | Dividend | | | Sold | 05/23/18 | J | | |
| 362. Ishares Core MSCI EAFE Index | D | Dividend | M | T | | | | | |
| 363. Ishares TIPS Bond Etf | D | Interest | M | T | | | | | |
| 364. J&J Snack Foods Corp | A | Dividend | J | T | | | | | |
| 365. JP Morgan Chase Co | C | Dividend | M | T | | | | | |
| 366. Jacobs Engineering Group (Y) | | | | | | | | | |
| 367. Johnson Johnson | C | Dividend | M | T | | | | | |
| 368. Johnson Outdoors Inc Cl A | A | Dividend | J | T | | | | | |
| 369. JPM 24M RTY LVE MRN 6/29/18 | | None | | | Matured | 06/29/18 | N | F | |
| 370. JPM 24M SPX LBR MTN 6/29/18 | | None | | | Matured | 06/29/18 | M | E | |
| 371. Julius Baer Group Ltd Adr | A | Dividend | | | Sold | 05/23/18 | J | C | |
| 372. K M G Chrmicals Inc | A | Dividend | | | Sold | 11/19/18 | K | D | |
| 373. Keycorp | A | Dividend | | | Sold | 05/24/18 | J | A | |
| 374. Kimball Electronics Inc | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tostrud, Eric C. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375.  Kite Realty Group Trust | A | Dividend | | | Sold | 05/23/18 | J | | |
| 376.  Komatu Ltd Spon Adr | A | Dividend | | | Sold | 05/23/18 | J | C | |
| 377.  Koninklijke DSM NV Adr | A | Dividend | | | Sold | 05/23/18 | K | D | |
| 378.  Koninklijke Philips Nvr Ny Adr | A | Dividend | | | Sold | 05/23/18 | J | C | |
| 379.  Koninkljke Royal Kpn NV Sp Adr | A | Dividend | | | Sold | 05/23/18 | J | | |
| 380.  LSI Industries (Y) | | | | | | | | | |
| 381.  L T C Pptys Inc | A | Dividend | | | Sold | 05/23/18 | J | | |
| 382.  L3 Technologies Inc | A | Dividend | | | Sold | 05/24/18 | J | A | |
| 383.  Laboratory Corp of America Hldgs | | None | J | T | | | | | |
| 384.  Lakeland Industries Inc | | None | J | T | | | | | |
| 385.  Lamar Advertising Co | A | Dividend | | | Sold | 05/24/18 | J | A | |
| 386.  Liberty Latin America Ltd | | None | | | Sold | 05/23/18 | J | | |
| 387.  Lear Corp (Y) | | | | | | | | | |
| 388.  Lincoln Electric Hldgs (Y) | | | | | | | | | |
| 389.  Linear Technology Corp (Y) | | | | | | | | | |
| 390.  LKQ Corp | | None | K | T | | | | | |
| 391.  Lockheed Martin (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tostrud, Eric C. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. Loomis Sayles Strategic Alpha Fund | D | Dividend | M | T | | | | | |
| 393. Lyondell Basell Inds (Y) | | | | | | | | | |
| 394. M K S Instruments Inc | A | Dividend | J | T | | | | | |
| 395. Marathon Petroleum Corp | A | Dividend | J | T | | | | | |
| 396. Marcus Corp | A | Dividend | J | T | | | | | |
| 397. Maximus Inc | A | Dividend | K | T | | | | | |
| 398. Mazda Motor Corp Unspon Adr | A | Dividend | | | Sold | 05/23/18 | J | | |
| 399. McKesson Corp (Y) | | | | | | | | | |
| 400. Mead Johnson Nutrition (Y) | | | | | | | | | |
| 401. Mednax Inc | | None | | | Sold | 05/24/18 | J | | |
| 402. Merck Co Inc | A | Dividend | | | Sold | 05/24/18 | K | A | |
| 403. Merit Med Sys Inc | | None | | | Sold | 05/24/18 | J | B | |
| 404. Methanex Corp | A | Distribution | J | T | | | | | |
| 405. Metlife Corp (Y) | | | | | | | | | |
| 406. Micor Focus Int'l Spn Adr | A | Dividend | | | Sold | 05/23/18 | J | | |
| 407. Microsoft corp | C | Dividend | M | T | | | | | |
| 408. Middleby Corp | | None | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. Miller Inds (Y) | | | | | | | | | |
| 410. Mitsubishi Estate Ltd Adr | A | Dividend | | | Sold | 05/23/18 | J | | |
| 411. Monarch Casino & Resort Inc | | None | K | T | | | | | |
| 412. MSA Safety Inc | A | Dividend | J | T | | | | | |
| 413. Murata Manufatur Unspon Adr | A | Dividend | | | Sold | 05/23/18 | J | B | |
| 414. National Grid PLC (Y) | | | | | | | | | |
| 415. National Instrs Corp | A | Dividend | K | T | | | | | |
| 416. National Presto Inds Inc | A | Dividend | J | T | | | | | |
| 417. National Retail properties (Y) | | | | | | | | | |
| 418. Navient Corp WD | A | Dividend | | | Sold | 05/24/18 | J | B | |
| 419. Neogen Corp | | None | K | T | | | | | |
| 420. Nike Inc | B | Dividend | M | T | | | | | |
| 421. Northstar Realty Finance Corp (Y) | | | | | | | | | |
| 422. Novatis (Y) | | | | | | | | | |
| 423. Nucor Corp | A | Dividend | | | Sold | 05/24/18 | J | A | |
| 424. Nuveen All American Muni Bd Fd | D | Interest | N | T | | | | | |
| 425. Nuveen Global Infrastr Fd Cl I | | None | | | Sold | 05/22/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. Nuveen High Yield Muni Bd Cl I | C | Interest | L | T | | | | | |
| 427. Nuveen Inter Dur Muni Bond I | D | Interest | O | T | | | | | |
| 428. Nuveen Short Dur Hi Yld Muni Bd I | D | Interest | N | T | | | | | |
| 429. Occidental Petroleum Co (Y) | | | | | | | | | |
| 430. Oil Dri Corp Amer | A | Dividend | | | Sold | 05/24/18 | J | A | |
| 431. Omnicom Group (Y) | | | | | | | | | |
| 432. Oracle Corp | A | Dividend | J | T | | | | | |
| 433. Orange Spon Adr | | None | | | Sold | 05/23/18 | J | | |
| 434. Otsuka Hldgs Ltd Adr | | None | | | Sold | 05/23/18 | K | C | |
| 435. Outfront Media Inc | A | Dividend | | | Sold | 05/23/18 | J | | |
| 436. Pimco Foreign Bond Fund (Y) | | | | | | | | | |
| 437. PPG Inds (Y) | | | | | | | | | |
| 438. Panasonic Corp Adr | A | Dividend | | | Sold | 05/23/18 | J | A | |
| 439. Park Electrochemical Corp (Y) | | | | | | | | | |
| 440. Patterson Companies (Y) | | | | | | | | | |
| 441. Paypal Hldgs Inc | | None | L | T | | | | | |
| 442. Pennsylvania Real Estate Invt Tr | A | Dividend | | | Sold | 05/23/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 39

**Name of Person Reporting**

Tostrud, Eric C.

**Date of Report**

05/10/2019

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. Perma Pipe Holdings Inc | | None | | | Sold | 05/24/18 | J | A | |
| 444. Pfizer In | A | Dividend | | | Sold | 05/24/18 | J | A | |
| 445. Perspecta | A | Dividend | J | T | | | | | |
| 446. Phillips 66 | A | Dividend | J | T | | | | | |
| 447. Pioneer Nat Res o | A | Dividend | J | T | | | | | |
| 448. Powell Inds (Y) | | | | | | | | | |
| 449. Pra Group Inc | | None | J | T | | | | | |
| 450. Pros Holdings Inc | | None | J | T | | | | | |
| 451. Proto Labs In | | None | K | T | | | | | |
| 452. Pulte Group (Y) | | | | | | | | | |
| 453. Qualcomm Inc | B | Dividend | K | T | | | | | |
| 454. Raytheon Company | A | Dividend | K | T | | | | | |
| 455. RBC 24M SPX TW MTN 7/2/18 | | None | | | Matured | 07/02/18 | M | F | |
| 456. RBC 24M EFA 1.5X 6/3/20 | | None | M | T | | | | | |
| 457. Regions Finl Corp | A | Dividend | J | T | | | | | |
| 458. Ritchie Bros Autioneers Inc | A | Dividend | K | T | | | | | |
| 459. RMR Group Inc The A | A | Dividend | | | Sold | 05/24/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 39

**Name of Person Reporting**

Tostrud, Eric C.

**Date of Report**

05/10/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. Roche Holdings Ltd Adr | | None | | | Sold | 05/23/18 | K | | |
| 461. Rollins Inc | A | Dividend | L | T | | | | | |
| 462. Ross Stores Inc | A | Dividend | K | T | | | | | |
| 463. Robeco Boston Partners Fund | | None | N | T | | | | | |
| 464. Royal Dutch Shell PLC Adr | B | Dividend | K | T | | | | | |
| 465. RPC Energy Svcs Inc | A | Dividend | | | Sold | 05/24/18 | J | A | |
| 466. Sanderson Farms Inc | A | Dividend | | | Sold | 05/24/18 | J | A | |
| 467. Sanofi Adr | | None | | | Sold | 05/23/18 | J | | |
| 468. Shein Henry Inc | | None | | | Sold | 05/24/18 | J | | |
| 469. Shlumberger Ltd | B | Dividend | K | T | | | | | |
| 470. Schwab Charles Corp | A | Dividend | K | T | | | | | |
| 471. Sealed Air Corp (Y) | | | | | | | | | |
| 472. Seattle Spinco | | None | | | Sold | 04/23/18 | J | B | |
| 473. Secom Company Ltd | A | Dividend | | | Sold | 05/23/18 | J | B | |
| 474. Seiko Epson Adr | A | Dividend | | | Sold | 05/23/18 | J | B | |
| 475. Seven & I Holdings Adr | A | Dividend | | | Sold | 05/23/18 | J | A | |
| 476. Shire PLC | | None | | | Sold | 05/23/18 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 32 of 39

Name of Person Reporting

Tostrud, Eric C.

Date of Report

05/10/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. Simon Property Group | A | Dividend | | | Sold | 05/23/18 | J | | |
| 478. Six Flags Entertainment (Y) | | | | | | | | | |
| 479. Smith Nephew PLC | A | Dividend | | | Sold | 05/23/18 | J | A | |
| 480. Societe Generale (Y) | | | | | | | | | |
| 481. Span America Medical Sys (Y) | | | | | | | | | |
| 482. Starrett LS Co (Y) | | | | | | | | | |
| 483. Starwood Waypoint Homes (Y) | | | | | | | | | |
| 484. Steel Dynamics Inc | A | Dividend | J | T | | | | | |
| 485. Sturm Ruger & Co | A | Dividend | J | T | | | | | |
| 486. Sumitomo Mitsui Finl Group | A | Dividend | | | Sold | 05/23/18 | K | B | |
| 487. Suntory Beverage (Y) | | | | | | | | | |
| 488. Target Corp (Y) | | | | | | | | | |
| 489. Tata Motors Ltd | | None | | | Sold | 05/23/18 | J | | |
| 490. Te Connectivity Ltd | A | Dividend | | | Sold | 05/23/18 | J | C | |
| 491. Terreno Realty Corp | A | Dividend | | | Sold | 05/23/18 | J | C | |
| 492. Technology Select Sector SPDR | A | Dividend | L | T | | | | | |
| 493. Texas Instruments Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tostrud, Eric C. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. Textron (Y) | | | | | | | | | |
| 495. The Kraft Heinz Co | A | Dividend | | | Sold | 05/24/18 | K | | |
| 496. The Priceline Group Ind (Y) | | | | | | | | | |
| 497. Thor Industries Inc | A | Dividend | J | T | | | | | |
| 498. Time Warner Inc (Y) | | | | | | | | | |
| 499. Tjx Companies | A | Dividend | K | T | | | | | |
| 500. Total SA Spon Adr | A | Dividend | | | Sold | 05/23/18 | J | C | |
| 501. Tractor Supply Co | A | Dividend | K | T | | | | | |
| 502. Travelers Co (Y) | | | | | | | | | |
| 503. Tributary Small Company Fund | D | Dividend | M | T | | | | | |
| 504. Twenty First Century Fox Inc | A | Dividend | J | T | | | | | |
| 505. Twin Disc Inc | | None | J | T | | | | | |
| 506. Tyler Technologies In | | None | J | T | | | | | |
| 507. Tyson Foods (Y) | | | | | | | | | |
| 508. Ulitmate Software Group In | | None | K | T | | | | | |
| 509. Unibailr Rodamco (Y) | | | | | | | | | |
| 510. Unit Corp | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tostrud, Eric C. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. United Continental Hlgs In | | None | J | T | | | | | |
| 512. United Nat Foods Inc | | None | | | Sold | 05/24/18 | J | | |
| 513. UPS (Y) | | | | | | | | | |
| 514. United Tehnoloies orp | A | Dividend | | | Sold | 05/24/18 | J | A | |
| 515. Unitedhealth Group Inc | A | Dividend | K | T | | | | | |
| 516. Utah Medical Prods (Y) | | | | | | | | | |
| 517. Valero Energy Corp (Y) | | | | | | | | | |
| 518. Vanguard Global ex US Real Estate | D | Dividend | N | T | | | | | |
| 519. Vanguard Intl Growth Fd | E | Dividend | N | T | | | | | |
| 520. Vanguard Real Estate | D | Dividend | M | T | | | | | |
| 521. Veeva Systems In Cl A | | None | K | T | | | | | |
| 522. Ventas Inc | A | Dividend | | | Sold | 05/23/18 | J | A | |
| 523. Verint Systems Inc | | None | | | Sold | 05/24/18 | J | A | |
| 524. Verisk Analytics Inc | | None | M | T | | | | | |
| 525. Verizon Communications (Y) | | | | | | | | | |
| 526. Visa Inc Class A | A | Dividend | M | T | | | | | |
| 527. Vivendi SA (Y) | | | | | | | | | |

| | |
|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000 |
| | F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000 |
| | N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000 |
| 3. Value Method Codes (See Column C2) | Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market |
| | U =Book Value    V =Other    W =Estimated |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Tostrud, Eric C. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. Vodafone (Y) | | | | | | | | | |
| 529. Vornado Realty Trust | A | Dividend | | | Sold | 05/23/18 | J | | |
| 530. Wabco Hldgs Inc | | None | | | Sold | 05/24/18 | J | | |
| 531. Wageworks Inc | | None | | | Sold | 05/24/18 | J | | |
| 532. Walgreens Boots Alliance (Y) | | | | | | | | | |
| 533. Walt Disney | C | Dividend | M | T | | | | | |
| 534. Watsxo Inx | A | Dividend | J | T | | | | | |
| 535. Weingarten Rlty Invts | A | Dividend | | | Sold | 05/23/18 | J | | |
| 536. Weiss Markets (Y) | | | | | | | | | |
| 537. Wells Fargo Co | A | Dividend | | | Sold | 05/24/18 | J | A | |
| 538. Welltower Inc | A | Dividend | | | Sold | 05/23/18 | J | | |
| 539. West Pharmaceutical Svcs Inc | A | Dividend | | | Sold | 05/24/18 | J | A | |
| 540. Westrock Co | A | Dividend | J | T | | | | | |
| 541. Weyerhaeuser Co | A | Dividend | | | Sold | 05/23/18 | J | B | |
| 542. William Hill PLC (Y) | | | | | | | | | |
| 543. WPP PLC (Y) | | | | | | | | | |
| 544. Zimmer Biomet Hldgs (Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Tostrud, Eric C. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545.  Trust #4 (H) | | | | | | | | | |
| 546.  First Am Govt Obligations Fund | C | Interest | M | T | | | | | |
| 547.  Baird Aggregate Bond Fund | B | Interest | M | T | | | | | |
| 548.  Nuveen MN Intermediate Muni Bond Fd | A | Interest | M | T | | | | | |
| 549.  Oppenheimer Senior Floating Rate Fund | A | Interest | L | T | | | | | |
| 550.  Healthcare Select SPDR | A | Dividend | M | T | | | | | |
| 551.  SPDR S&P 500 ETF | | None | N | T | | | | | |
| 552.  T. Rowe Price Midcap Growth Fund | E | Dividend | N | T | | | | | |
| 553.  T. Rowe Price Small Cap Stock Fund | E | Dividend | M | T | | | | | |
| 554.  Technology Select Sector SPDR | A | Dividend | M | T | | | | | |
| 555.  Vanguard Total Stock Market ETF | C | Dividend | N | T | | | | | |
| 556.  Harding Loevner Fund | C | Dividend | M | T | | | | | |
| 557.  iShares Core MSCI EAFE ETF | | None | N | T | | | | | |
| 558.  Ishares MSCI EAFE | C | Dividend | | | Sold | 12/26/18 | N | | |
| 559.  Causeway Emerging Markets Fund | C | Dividend | M | T | | | | | |
| 560.  Boston Partners Long/Short Research Fund | D | Distribution | M | T | | | | | |
| 561.  Neuberger Berman Long Short Fund | D | Distribution | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Tostrud, Eric C. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. Vanguard Real Estate ETF | B | Dividend | M | T | | | | | |
| 563. Vanguard Global ex US Real Estate ETF | B | Dividend | L | T | | | | | |
| 564. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tostrud, Eric C. | 05/10/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Tostrud, Eric C. | 05/10/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Eric C. Tostrud**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544